# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2136
_____

Jay Herbert Ehrenfeld

*Plaintiff - Appellant*

v.

Dat Tran, Acting Secretary - Department of Veteran Affairs

*Defendant*

Stan Pietrusiak, Director of EEOC; A.G. Merrick B. Garland; Denis McDonough, Secretary of the Department of Veteran Affairs

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City
_____

Submitted: September 14, 2023
Filed: September 19, 2023
[Unpublished]
_____

Before COLLOTON, GRUENDER, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Missouri resident Jay Ehrenfeld appeals the district court's[1] adverse grant of summary judgment in his pro se employment discrimination action. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Dalton v. NPC Int'l, Inc.*, 932 F.3d 693, 695 (8th Cir. 2019) (reviewing Fed. R. Civ. P. 12(b) dismissals de novo); *Said v. Mayo Clinic*, 44 F.4th 1142, 1147 (8th Cir. 2022) (reviewing grant of summary judgment de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.